# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JACQUELINE HARRIS, *et al.*,                    )
                                                )
        Plaintiffs,                  )   Case: 1:16-cv-01327  Jury Demand
                                                )   Assigned To : Unassigned
    v.                                        )   Assign. Date : 6/27/2016
                                                )   Description: Pro Se Gen. Civil (F Deck)
SETERUS, INC., *et al.*,                        )
                                                )
        Defendants.                  )

## MEMORANDUM OPINION

The Court has reviewed plaintiffs' complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court finds that the complaint is incomprehensible. It does not appear to state the grounds upon which this court's jurisdiction depends, or a short and plain statement of a cognizable claim showing plaintiffs' entitlement to relief, or a demand for relief. As drafted, the

*3*

complaint fails to comply with Rule 8(a) and therefore it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 6/24/16

United States District Judge